THOMPSON Exr. v. GUSLER et

Ohio Appeals, 3rd Dist, Paulding Co

No 53. Decided July 9, 1929

Walters & Hanlin, Van Wert, for Thompson.

F. P. Spriggs, Paulding, for Gusler.

HUGHES, J.

Under and by virtue of **Article 4, Section 7 of the Constitution,** when a majority vote of the people has been taken, these two courts, to wit, the probate court and the court of common pleas, shall be combined and shall be known as the court of common pleas. After this vote has been taken, there is but one court, the court of common pleas, and there can be no such thing as an appeal taken from a judgment entered in one division of that court, to the court itself. There is no longer a probate court in Paulding county. It is a court of common pleas, with the same jurisdiction that the probate court of that county formerly had.

For these reasons, the judgment is affirmed.

Before Judges Hughes, Justice & Crow.